IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| TAWANA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. : |
| LEXISNEXIS SCREENING SOLUTIONS, INC., | ) | 1:13-cv-01610-CC-ECS |
| | ) | |
| Defendant. | ) | |

## PETITION FOR LEAVE OF ABSENCE

COMES NOW, DARGAN SCOTT COLE, counsel for Defendant, and respectfully notifies the Court and opposing counsel, that he is requesting leave pursuant to Local Court Rule 83.1(E)(3).

1. The periods of leave during which DARGAN SCOTT COLE will be away from the practice of law are:

   **July 21, 2014 through August 4, 2014 (family vacation).**

2. Counsel for the Defendant requests that the Court grant these dates for a leave of absence.

3. A proposed Order is attached for the Court's consideration to grant the leave of absence.

- 2 -

Respectfully submitted 25th day of April, 2014.

**HALL BOOTH SMITH, PC**


 /s/ Dargan Scott Cole
Dargan Scott Cole
Georgia Bar No.:  176524

*Attorneys for Defendant*

191 Peachtree Street, NE
Suite 2900
Atlanta, GA  30303-1775
P:  404-954-5000
F:  404-954-5020

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| TAWANA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. : |
| LEXISNEXIS SCREENING | ) | 1:13-cv-01610-CC-ECS |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING LEAVE OF ABSENCE**

The Court having read and considered lead counsel for Defendant Dargan Scott Cole's Petition for Leave of Absence, hereby GRANTS said Petition for the dates of July 21, 2014 through August 4, 2014. The Clerk shall not schedule any matters before the Court on those dates with respect to this case.

SO ORDERED, this _____ day of _____, 2014.

_____
The Honorable Richard W. Story
Judge, United States District Court
Northern District of Georgia
Atlanta Division

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TAWANA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO. : |
| LEXISNEXIS SCREENING ) | 1:13-cv-01610-CC-ECS |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Petition for Leave of Absence** upon all parties to this matter by filing said document with the CM/ECF system which will automatically send electronic notification to the following:

James F. Feagle, Esq.
Skaar & Feagle, LLP
108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030

Kris Skaar, Esq.
Skaar & Feagle, LLP
331 Washington Avenue
P. O. Box 1478
Marietta, GA 30061

- 5 -

Gregory Gorski, Esq.
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

This 25th day of April, 2014.

                **HALL BOOTH SMITH, PC**

                 /s/ Dargan Scott Cole
                Dargan Scott Cole
                Georgia Bar No.: 176524
                *Attorneys for Defendant*

191 Peachtree Street, NE
Suite 2900
Atlanta, GA  30303-1775
P:  404-954-5000
F:  404-954-5020